IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID G. SOTO, | ) | No. C 10-4072 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND DISPOSITIVE MOTION |
| v. | ) ) ) | |
| DEPUTY JONES, BADGE #1607, | ) ) | |
| Defendant. | ) ) | |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. Before the Court is Defendant's motion for order postponing deadline for filing of answer and dispositive motion which the court construes as a motion for extension of time.

Because it appears no party would be prejudiced by an extension, Defendant's motion is GRANTED. Defendant shall file his answer **on or before March 25, 2011**, and shall file his dispositive motion **on or before May 27, 2011**. Plaintiff shall file his opposition to Defendant's motion within **thirty (30) days**. Defendants shall file their **reply fifteen (15) days** from Plaintiff's opposition.

This order terminates docket no. 10.

IT IS SO ORDERED.

DATED:  3/11/11

LUCY H. KOH
United States District Judge

Order Granting Defendant's Motion for Extension of Time to File Answer and Dispositive Motion
P:\PRO-SE\SJ.LHK\CR.10\Soto072eot-dm-answer.wpd