1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID G. SOTO,                          )       No. C 10-4072 LHK (PR)
                                        )
                Plaintiff,              )       JUDGMENT
                                        )
     v.                                 )
                                        )
DEPUTY JONES,                           )
                                        )
                Defendant.              )
_____ )

     The Court has dismissed the instant civil rights complaint without prejudice for

Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the

Northern District Local Rules.  A judgment of dismissal without prejudice is hereby entered.

The Clerk of the Court shall close the file.

     IT IS SO ORDERED.

Dated:   5/24/11

_____
LUCY H. KOH
United States District Judge